# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| TRUSTEES OF THE UFCW and PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE HEALTH and WELFARE FUND, et al., <br><br> Plaintiff, <br> v. <br><br> AVON FOODS, INC., <br><br> Defendant. | Civil No. 17-06516 (RBK/JS) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

This suit arises from Avon Foods, Inc.'s ("Defendant") alleged failure to remit required contributions under a Collective Bargaining Agreement ("CBA") between Defendant and Trustees of the United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Health & Welfare Fund ("Plaintiff" or "Fund"). Plaintiff brings this suit against Defendant to reduce to judgement the alleged delinquent contributions. Presently before the Court is Plaintiff's motion for entry of default judgment against Defendant (Doc. No. 8). For the reasons set forth in the accompanying opinion,

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**, and Defendant shall pay Plaintiff **$46,794.85 in damages**.

Dated: 06/06/2018

/s Robert B. Kugler
ROBERT B. KUGLER
United States District Judge